# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23  
REV. 1/90

IN UNITED STATES    ☐ MAGISTRATE    ☐ DISTRICT    ☐ APPEALS COURT or    ☐ OTHER PANEL (Specify below)  
IN THE CASE OF

_____ VS. _____  
FOR _____  
AT _____

LOCATION NUMBER: _____

**PERSON REPRESENTED** (Show your full name): Ramon Contreras Rodriguez

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony   ☐ Misdemeanor

DOCKET NUMBERS  
Magistrate: _____  
District Court: _____  
Court of Appeals: _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes   ☐ No   ☐ Am Self Employed
- Name and address of employer: Rapid Drywall
- IF YES, how much do you earn per month? $ 1,600
- IF NO, give month and year of last employment. How much did you earn per month? $ \_\_\_
- If married is your Spouse employed? ☒ Yes   ☐ No
- IF YES, how much does your Spouse earn per month $ 1,400
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ \_\_\_

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: \_\_\_   SOURCES: \_\_\_

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No   IF YES, state total amount $ \_\_\_

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☐ No
- IF YES, GIVE VALUE AND DESCRIBE IT
- VALUE: 7,000   DESCRIPTION: 2000 Chevrolet

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE   ☐ MARRIED   ☐ WIDOWED   ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 4
- List persons you actually support and your relationship to them: One son living in Mexico; 3 step children

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| APARTMENT OR HOME: Rent & Utilities | $ | $ 565.00 |
| Money to Mexico for family | $ | $ 50.00 |
| Food, daycare, gas for vehicle | $ | $ 920.00 |
| | $ | $ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Ramon Contreras Rdz    10/16/06

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT OR BOTH.

under the penalty of perjury  
28 U.S.C. § 1746