# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMON CONTRERAS RODRIGUEZ | WARRANT FOR ARREST<br><br>CASE NUMBER: 3:06MJ100-VPM |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___**RAMON CONTRERAS RODRIGUEZ**___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possess in and affecting commerce, a firearm, while being an alien illegally and unlawfully in the United States,

in violation of Title __18__ , United States Code, Section(s) __922(g)(5)(A)__ .

| | |
|---|---|
| SUSAN RUSS WALKER | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | October 12, 2006    Montgomery, Alabama |
| Signature of Issuing Officer | Date and Location  RETURNED AND FILED |
| (By) Deputy Clerk | OCT 0 2006<br>CLERK<br>U.S. DISTRICT COURT |
| Bail fixed at $_____ by _____ | Name of Judicial Officer  MIDDLE DIST OF AL |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED<br>10/12/2006 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>10/12/2006 | Jonathan Harris S/A ICE | S/A Jonathan Harris |

AO 442 (Rev. 5/81) Warrant for Arrest