**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                            TELEPHONE (334) 954-3600

November 20, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: USA vs. RAMON CONTRERAS RODRIGUEZ**

**Case Number: 3:06cr256-WKW**

**This Notice of Correction was filed in the referenced case this date to correct the following deficient pleading which was filed on 11/17/06 in accordance with amended Federal Rules of Civil Procedure 5(e).  Reference is made to document #15   filed on 11/17/06:**

**Attached Order to Produce Prisoner for Arraignment corrects arraignment date in body of pleading to show  the 29th day of November, 2006 instead of incorrect date of the 29th day of November, 2000.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | 3:06cr256-WKW |
| ) | |
| RAMON CONTRERAS RODRIGUEZ ) | |
| a/k/a RICARDO MENDOZA LIRA ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO: The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for November 29, 2006 at 10:00 a.m. in the above styled cause.

You are DIRECTED to produce the following named prisoner:

RAMON CONTRERAS RODRIGUEZ before the United States District Court at Montgomery, Alabama, Courtroom 4B, on the 29th day of November, 2006 at 10:00 o'clock a.m..

DONE this November 20, 2006.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: *[signature: Joyce Taylor]*
Deputy Clerk