**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Criminal Case No. 3:06-cf-256-WKW** |
| | ) | |
| **RAMON CONTRERAS RODRIGUEZ** | ) | |

**MOTION TO SUBSTITUTE COUNSEL FOR ARRAIGNMENT**

COMES NOW Counsel for the defendant named above to serve notice on the Court and all parties that the undersigned counsel will be in a trial in Gadsden, Alabama, in the case of *Lacy v. Heard*, 4:05-cv-2154, presently pending in the U.S. District Court for the Northern District of Alabama, which trial is set to begin on November 28th and is expected to consume the remainder of the week. The undersigned has contacted the Office of the Federal Defender which has agreed to provide representation for this defendant at his arraignment which has been set for November 29th at 10:00 a.m.

WHEREFORE, the premises considered, Defendant prays that the Court will excuse his counsel for this proceeding and will permit substitution therefor by the Federal Defender.

RESPECTFULLY SUBMITTED, this __21st__ day of November, 2006.

> /s/ JAY LEWIS
> Law Offices of Jay Lewis, L.L.C.
> P.O. Box 5059
> Montgomery, Alabama 36103
> (334) 263-7733 (Voice)
> (334) 832-4390 (Fax)
> J-Lewis@JayLewisLaw.com
> ASB-2014-E66J
> Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _21st_ day of November, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

      /s/ JAY LEWIS
      Law Offices of Jay Lewis, L.L.C.
      P.O. Box 5059
      Montgomery, Alabama 36103
      (334) 263-7733 (Voice)
      (334) 832-4390 (Fax)
      J-Lewis@JayLewisLaw.com
      ASB-2014-E66J
      Attorney for Defendant