IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.        ) | CR. NO.   3:06cr256-WKW |
| ) | |
| RAMON CONTRERAS RODRIQUEZ ) | |

**O R D E R**

Now pending before the court is the defendant's motion to substitute attorney (doc. # 18) filed on November 21, 2006.  On November 22, 2006, the court reset the arraignment in this case from November 29, 2006 to November 27, 2006.  Accordingly, upon consideration of the motion, and for good cause shown, it is

ORDERED that the motion is DENIED as moot.

Done this 22nd day of November, 2006.


　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE