**COURTROOM DEPUTY MINUTES**  
**MIDDLE DISTRICT OF ALABAMA**

DATE: 11-27-2006

DIGITAL RECORDING: 11:13 - 11:22 am

INITIAL APPEARANCE
- ☐ BOND HEARING
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☒ ARRAIGNMENT
- ☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: DRB  
DEPUTY CLERK: sqq

CASE NO.: 3:06CR256-WKW  
DEFT. NAME: Ramon Contreras RODRIGUEZ

USA: Brown  
ATTY: Jay Lewis  
Type Counsel: ( ) Retained; (✓) Panel CJA; ( ) Waived; ( ) CDO ( ) Stand In ONLY

USPTSO/USPO: Martin

Defendant ✓ does _____ does NOT need an interpreter

Interpreter present _____ NO ✓ YES  NAME: Beverly Childress

- ☐kars.  Date of Arrest _____  or  ☐ karsr40
- ☐kia.  Deft. First Appearance. Advised of rights/charges. ☐Pro/Sup Rel Violator
- ☐kcnsl.  Deft. First Appearance with Counsel
- ☐  Deft. First Appearance without Counsel
- ☐  Requests appointed Counsel  ☐ ORAL MOTION for Appointment of Counsel
- ☐kfinaff.  Financial Affidavit executed ☐ to be obtained by PTSO
- ☐koappted  ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐k20appt.  Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐  Deft. Advises he will retain counsel. Has retained _____
- ☐  Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐  Government's WRITTEN Motion for Detention Hrg. filed.
- ☐kdmhrg.  Detention Hearing ☐ held; ☐ set for _____
- ☐kotempdtn.  ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐kodtn.  ORDER OF DETENTION PENDING TRIAL entered
- ☐kocondrls.  Release order entered. Deft. advised of conditions of release
- ☐kbnd.  ☐BOND EXECUTED (M/D AL charges) $_____. Deft released (kloc LR)
  ☐BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐kloc.(LC)  Bond NOT executed. Deft to remain in Marshal's custody
- ☐  Preliminary Hearing ☐ Set for _____
- ☐ko.  Deft. ORDERED REMOVED to originating district
- ☐kwvprl.  Waiver of ☐ preliminary hearing; ☐Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐  Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☒karr.  ARRAIGNMENT SET FOR: _____ ☒HELD. Plea of **NOT GUILTY** entered.
  ☒Set for 1-8-07 Trial Term; ☒ PRETRIAL CONFERENCE DATE: 12-18-06 - 1pm
  DISCOVERY DISCLOSURES DATE: 11-29-06
- ☐krmknn.  NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐krmvhrg.  Identity/Removal Hearing set for _____
- ☐kwvspt  Waiver of Speedy Trial Act Rights Executed