IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:06CR256-WKW |
| | ) | |
| RAMON CONTRERAS RODRIGUEZ | ) | |

**ORDER**

On December 5, 2006, the defendant filed a motion to suppress evidence seized pursuant to the execution of a warrant to search his residence in Tallassee, Alabama. (Doc. No. 23.) Accordingly, it is

ORDERED that, on or before December 13, 2006, the Government shall file a response to the motion to suppress with attached copies of the search warrant application, warrant, and affidavit.

Done this 6th day of December, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE