IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 3:06-cr-256-WKW |
| ) | |
| RAMON CONTRERAS-RODRIGUEZ ) | |

## MOTION TO CONTINUE

COMES NOW Defendant, by and through his attorney of record, and prays that the Court will continue this case until a future term and, as grounds for which would show the Court as follows:

1. There is presently pending a timely-filed motion to suppress certain evidence seized during what Defendant claims was a wrongful search of his residence.

2. The Honorable Magistrate Judge presently has the motion under advisement.

3. At this time it appears unlikely that the motion will be decided in time for the defense to be prepared for a January 8, 2007, trial term, should the evidence not be suppressed.

WHEREFORE, Defendant moves the Court to continue the trial of this cause.

RESPECTFULLY SUBMITTED, this __15th__ day of December, 2006.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _15th_ day of December, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Todd Brown
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                            /s/ JAY LEWIS
                                            Law Offices of Jay Lewis, L.L.C.
                                            P.O. Box 5059
                                            Montgomery, Alabama 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            J-Lewis@JayLewisLaw.com
                                            ASB-2014-E66J
                                            Attorney for Defendant