COURTROOM DEPUTY MINUTES          DATE:   DECEMBER 15, 2006

MIDDLE DISTRICT OF ALABAMA        DIGITAL RECORDED: 1:38 – 1:48

---

### PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 3:06CR256-WKW-CSC       **DEFENDANT NAME:** RAMON C. RODRIGUEZ

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. TODD BROWN | ATTY. JAY LEWIS |

---

√   **DISCOVERY STATUS:** Complete.

√   **PENDING MOTION STATUS:** Motion to Suppress
Do not think hrg is necessary.

☑   **PLEA STATUS:** Possible plea.

☑   **TRIAL STATUS:** Defense may file M/Continue the trial. 1 day to try case.

☐   **REMARKS:**