IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-256-WKW |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ, | ) | |
| | ) | |

## **O R D E R**

On December 15, 2006, the defendant filed a Motion to Continue (Doc. # 27).

It is hereby

ORDERED that on or before December 27, 2006, the Government shall show cause why the Motion to Continue should not be granted.

DONE this 20th day of December, 2006.

                          /s/  W. Keith Watkins
                        UNITED STATES DISTRICT JUDGE