IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO: 2:06-CR-0256-WKW |
| | ) | |
| **RAMON CONTRERAS-RODRIGUEZ** | ) | |

### RESPONSE TO SHOW CAUSE ORDER

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the instant response to this Court's show cause Order (Doc. #30), filed on December 20, 2006, and to Defendant's ("Contreras'") Motion to Continue (Doc. #27), as follows:

1. Currently pending before the Court is Contreras' Motion to Suppress. The delay associated with this motion is excluded from the Speedy Trial Act computation. 18 U.S.C. § 3161(h)(1)(F).

2. In the intervening period, the parties have agreed to elicit Contreras' cooperation in another pending federal prosecution, which is currently set on the June 4, 2007 trial term. Obviously, it is unlikely this cooperation can be completed until after the scheduled January 8, 2007 trial date. Both parties feel confident that this matter will resolve itself without proceeding to trial. Thus, the interests of justice served by the continuance outweigh the interest in a speedy trial by the public or

Contreras.  18 U.S.C. § 3161(h)(8)(A).

3.  Accordingly, the United States does not object to Contreras' motion to continue, and respectfully requests this matter be set for trial some time after the June 4, 2007 trial term.

Respectfully submitted this 22nd day of December, 2006.

                                        LEURA G. CANARY
                                      UNITED STATES ATTORNEY

                                      /s/ Todd A. Brown
                                      TODD A. BROWN
                                      Assistant United States Attorney
                                      Post Office Box 197
                                      Montgomery, Alabama 36101-0197
                                      (334) 223-7280
                                      (334) 223-7135 fax
                                      ASB-1901-O64T
                                      Todd.Brown@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **CR. NO: 2:06-CR-0256-WKW** |
| ) | |
| **RAMON CONTRERAS-RODRIGUEZ** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jay Lewis, Esq.

        Respectfully submitted,

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7135 fax
        ASB-1901-O64T
        Todd.Brown@usdoj.gov