IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-256-WKW |
| | ) | (WO) |
| RAMON CONTRERAS RODRIGUEZ | ) | |

**O R D E R**

On December 15, 2006, Defendant Ramon Contreras-Rodriguez filed a Motion to Continue. (Doc. # 27.) While the granting of a continuance is left to the sound discretion of the trial judge, *United States v. Warren*, 772 F.2d 827, 837 (11th Cir. 1985), the court is limited by the requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Speedy Trial Act provides generally that the trial of a defendant in a criminal case shall commence within 70 days of the latter of the filing date of the indictment or the date the defendant appeared before a judicial officer in such matter. 18 U.S.C. § 3161(c)(1). *See United States v. Vasser*, 916 F.2d 624 (11th Cir. 1990).

The Act excludes from this 70 day period any "period of delay . . . resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion." 18 U.S.C. § 3161(h)(1)(F). The Act also excludes from this 70 day period any continuance that the judge grants "on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(8)(A).

In Contreras-Rodriguez's motion to continue, his counsel states that there is a pending motion to suppress evidence before the Magistrate Judge. (Doc. # 27.) The government also supports the motion to continue the trial and asserts that defendant has agreed to cooperate in another pending federal prosecution. (Doc. # 31.) Consequently, the court concludes that a continuance of this case

is warranted, both because of the pending motion and because the ends of justice served by continuing this case and allowing the defendant to cooperate in another pending federal prosecution outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, it is hereby ORDERED that:

    1. The motion to continue (Doc. # 27) is GRANTED.

    2. The trial of this case is continued from the January 8, 2007 trial term to the April 23, 2007 trial term.

    3. The Magistrate Judge shall conduct a pretrial conference prior to the April 23, 2007 trial term and enter a pretrial conference order.

    DONE this 28th day of December, 2006.

                                   /s/  W. Keith Watkins
                                UNITED STATES DISTRICT JUDGE