IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.  ) | CR NO.  3:06CR256-WKW |
| ) | |
| RAMON CONTRERAS RODRIQUEZ ) | |

**ORDER**

Based upon this court's order setting the trial in the above-styled case on the trial term commencing on April 23, 2007, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **February 20, 2007 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 12th day of January, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE