IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CR. NO. 3:06-CR-256-WKW |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

MOTION FOR ORDER DIRECTING THE UNITED STATES MARSHAL
TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody RAMON CONTRERAS-RODRIGUEZ, into the custody of Bureau of Immigration and Customs Enforcement Special Agents D. J. Daniels and/or Ernesto Montiel, on January 22, 2007, through May 1, 2007, so that said agents can take such prisoner into custody for the purpose of transporting him to the Office of the United States Attorney without the necessity of the presence of a Deputy United States Marshal.

We further move the Court to enter an order directing Special Agents D. J. Daniels and/or Ernesto Montiel to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 18th day of January, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/Todd A. Brown
        TODD A. BROWN    ASB-1901-O64T
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280  Fax: (334)223-7135
        E-mail: todd.brown@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.       )<br>)       CR. NO. 3:06-CR-256-WKW<br>RAMON CONTRERAS-RODRIGUEZ ) | |

CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay Lewis, Esquire.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 3:06-CR-256-WKW |
| RAMON CONTRERAS-RODRIGUEZ ) | |

ORDER

Upon consideration of the government's motion for release of prisoner (Doc. #   ), filed on January 18, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of RAMON CONTRERAS-RODRIGUEZ to Bureau of Immigration and Customs Enforcement Special Agents D. J. Daniels and/or Ernesto Montiel, on January 22, 2007, through May 1, 2007, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents D. J. Daniels and/or Ernesto Montiel shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this the _____ day of January, 2007.

_____
UNITED STATES MAGISTRATE JUDGE