IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | )   CR. NO. 3:06-CR-256-WKW |
| RAMON CONTRERAS-RODRIGUEZ | ) |

**O R D E R**

Upon consideration of the government's motion for release of prisoner (Doc. # 36), filed on January 18, 2007, and for good cause, it is

ORDERED that the motion be and is hereby GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of RAMON CONTRERAS-RODRIGUEZ to Bureau of Immigration and Customs Enforcement Special Agents D.J. Daniels and/or Ernesto Montiel, on January 22, 2007, through May 1, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Special Agents D.J. Daniels and/or Ernesto Montiel shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 18th day of January, 2007.

                                                  /s/Charles S. Coody
                                                  CHARLES S. COODY
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE