Charles S. Coody
Chief United States Magistrate Judge
United States District Court
Middle District of Alabama
P.O. Box 711
Montgomery, Al. 36101-0711

Jan. 25, 2007

RECEIVED

2007 JAN 26  A 9:48

BRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ramon Contreras Rodriquez
c/o Montgomery Municipal Jail
P.O. Box 159
Montgomery, Al. 36101
3:06cr 256-WKG

Dear Judge Coody,

Your Honor, I am writing you in regards of the Attorney that was appointed to me by the Middle District of the United States. The Attorney is Jay Lewis.

First of all I appreciate that the court appointed an attorney to me, but the appointed Attorney Jay Lewis is not in the best interest of me, nor am I satisfied with his services. Because he does things without notifying me, and fails to consult with me on important facts and issues relating to my case in the Middle District.

I am requesting you to call me to court and have a proceeding so that I can properly rid him of representing me. His services are not adequate and I do not wish to have him represent me. Your time cooperation in assisting me with this petition will be greatly respected and appreciated.

Respectfully yours,
Ramon Contreras Rodriquez