IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | CASE NO.   3:06CR256-WKW |
| | ) | |
| **RAMON CONTRERAS RODRIGUEZ** | ) | |

**ORDER**

Upon consideration of the defendant's *Pro Se Motion to Appoint New Counsel* (doc. #38) filed January 26, 2007, and for good cause, it is

**ORDERED** that the motion be and is hereby set for hearing at **9:30 a.m. on February 8, 2007,** in courtroom 4-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide an interpreter for this proceeding   If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 2nd day of February, 2007.

                                                /s/Charles S. Coody
                                                CHARLES S. COODY
                                                CHIEF UNITED STATES MAGISTRATE JUDGE