IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 3:06cr256-WKW |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

**ORDER**

For good cause, it is hereby

**ORDERED** that the defendant's change of plea and motion hearing presently set for **February 8, 2007**, at **9:30 a.m.,** in Courtroom 4B be and is hereby **MOVED** to **Courtroom 5B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is directed to provide a court reporter and an interpreter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 7th day of February, 2007.

                                          /s/Charles S. Coody
                                          CHARLES S. COODY
                                          CHIEF UNITED STATES MAGISTRATE JUDGE