**COURTROOM DEPUTY'S MINUTES**      **DATE: February 8, 2007**

**MIDDLE DISTRICT OF ALABAMA**      **DIGITAL RECORDING: 9:30 - 9:50**

**COURT REPORTER: Risa Entrekin**

❑ **ARRAIGNMENT**      √**CHANGE OF PLEA**      ❑ **CONSENT PLEA**

❑ **RULE 44(c) HEARING**      ❑ **SENTENCING**

-------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**      **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 3:06cr256-WKW**      **DEFENDANT NAME: Ramon Contreras Rodriguez**

**AUSA: Todd Brown**      **DEFENDANT ATTORNEY: Jay Lewis**

**Type counsel (  )Waived; (  )Retained; ( √ )CJA; (  )FPD**

**(  ) appointed at arraignment; (  ) standing in for: _____**

**PTSO/USPO: Stan Robinson**

**Interpreter present? ( √ )NO; (  )YES   Name: Beverly Childress**

-------------------------------------------------------------------------------------------------------

❑ This is defendant's **FIRST APPEARANCE.**

❑ **Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

❑ **ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❑ **WAIVER OF INDICTMENT** executed and filed.

❑ **INFORMATION** filed.

❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**      ❑ **Not Guilty**

√**Guilty as to:**

√**Count(s): 1 of the Indictment (Conditional Plea)**

❑ **Count(s):**      ❑ **dismissed on oral motion of USA**

❑ **to be dismissed at sentencing**

√Written plea agreement  filed   ❑ **ORDERED SEALED**

√**ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment**

❑ CRIMINAL TERM:      ❑ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE:**

❑ **ORDER:** Defendant continued under ❑ same bond;  ❑ summons; for:

❑ Trial on _____; ❑ Sentencing on _____

√Defendant remanded to custody of U. S. Marshal for:

❑ Trial on _____; or ❑ Sentencing on _____

❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed

❑ Defendant requests time to secure new counsel

## HEARING ON DEFENDANT'S PRO SE MOTION TO APPOINT
## NEW COUNSEL (DOC #38)

9:30 a.m.    Court convenes.

Government excused from courtroom.

Court's questions to defendant regarding motion to appoint new counsel.

Defendant states he wants Mr. Lewis to continue representing him.

Defendant states he wants to enter guilty plea today and has talked with counsel regarding plea agreement.

9:33 a.m.    Government enters courtroom.

Change of plea proceedings begin.

9:50 a.m.    Court recessed.