IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO: 2:06-CR-0256-WKW |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

JOINT NOTICE REGARDING CONDITIONAL NATURE OF GUILTY PLEA

COMES NOW the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and Defendant ("Contreras"), by and through his

attorney, Jay Lewis, Esquire, and files the above-titled Notice, as follows:

1.  On February 8, 2007, Contreras entered a guilty plea in this matter, pursuant to a plea

agreement.  (Doc. # 45).

2.  Pursuant to the plea agreement, Contreras waived his rights to appeal and collaterally

attack his conviction and sentence.  (Doc. # 45, ¶ 5).

3.  It was the intent of the parties that Contreras would retain his right to appeal the District

Court's denial of his Motion to Suppress.  (Doc. # 33).[1]  The parties advised the Court on the record

at the change of plea hearing held on February 8, 2007, of the conditional nature of the guilty plea.

The Court addressed the conditional nature of the plea with Contreras on the record, and Contreras

indicated his understanding that the plea he was entering into was conditional.

4.  Accordingly, pursuant to Fed. R. Crim. P. 11(a)(2), the parties hereby notify the Court,

in writing, that the guilty plea entered into in this matter is a conditional plea, whereby Contreras

---

[1]  The Magistrate Judge assigned to this matter has recommended that the Motion to Suppress be denied. (Doc. # 33). Contreras has objected to this recommendation. (Doc. # 34). The District Court has not yet ruled on Contreras' objection. This notice is being filed in the event that the District Court overrules Contreras' objection and adopts the Magistrate Judge's recommendation.

retains his right to appeal the District Court's denial of his Motion to Suppress, if he chooses to file

such an appeal.

      Respectfully submitted this 8th day of February, 2007.

| | |
|---|---|
| LEURA G. CANARY | JAY LEWIS |
| UNITED STATES ATTORNEY | ATTORNEY FOR DEFENDANT |
| | |
| /s/ Todd A. Brown | /s/ Jay Lewis |
| TODD A. BROWN | JAY LEWIS |
| Assistant United States Attorney | Law Offices of Jay Lewis, L.L.C. |
| Post Office Box 197 | Post Office Box 5059 |
| Montgomery, Alabama 36101-0197 | Montgomery, Alabama 36103 |
| (334) 223-7280 | (334) 263-7733 |
| (334) 223-7135 fax | (334) 832-4390 fax |
| ASB-1901-O64T | ASB-2014-E66J |
| Todd.Brown@usdoj.gov | J-Lewis@JayLewisLaw.com |