IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr256-WKW |
| | ) | |
| RAMON CONTRERAS RODRIQUEZ | ) | |

### **ORDER**

Upon consideration of defendant's motion to appoint counsel (Doc. # 38), filed January 26, 2007, and for good cause, it is

ORDERED that the motion is DENIED as moot based on defendant's representation at the hearing held on February 8, 2007, that he no longer wished to have new counsel appointed.

DONE, this 9th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE