IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-00256-WKW |
| | ) | |
| RAMON CONTRERAS RODRIGUEZ | ) | |
| | ) | |

**<u>ORDER</u>**

In light of the defendant's plea of guilty, it is ORDERED that the Objection (Doc. # 34) is OVERRULED as MOOT; the Recommendation (Doc. # 33) is REJECTED as MOOT; and the Motion to Suppress (Doc. # 23) is DENIED as MOOT.

DONE this 8th day of March, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE