IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.     ) | CASE NO. 3:06-cr-00256-WKW |
| ) | |
| RAMON CONTRERAS RODRIGUEZ ) | |
| ) | |

**ORDER**

It is ORDERED that the court's previous Order (Doc. # 50) is VACATED.

DONE this 8th day of March, 2007.

                                        /s/  W.  Keith Watkins
                                   UNITED STATES DISTRICT JUDGE