IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 3:06-cr-256-WKW |
| v. ) | |
| ) | |
| RAMON CONTRERAS RODRIGUES ) | |

**ORDER**

It is ORDERED that the sentencing scheduled for May 8, 2007, is CONTINUED to May 31, 2007, at 10:30 am in Courtroom 2E of the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 19th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE