IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
      v                           )          CR. NO.  3:06-cr-256-01-WKW
                                  )
RAMON CONTRERAS RODRIGUEZ         )


**ORDER**

It is ORDERED that the sentencing scheduled for May 31, 2007, is CONTINUED to June

15, 2007,  at 2:00 p.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U.S. Courthouse Complex,

One Church Street, Montgomery, Alabama.

DONE this 9th day of May, 2007.

_____/s/  W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE