**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     CASE NO. 3:06-cr-256-WKW |
| | ) |
| **RAMON CONTRERAS RODRIGUEZ,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

It is ORDERED that the sentencing scheduled for June 15, 2007, is CONTINUED to June 29, 2007, at 11:15 a.m. in Courtroom 2-E of the Frank M. Johnson, Jr. U. S. Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 14th day of June, 2007.

                                            /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE