# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:06-cr-256-WKW |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

## ORDER

This case is before the court on defendant's Objection to Recommendation of the Magistrate Judge (Doc. #34). After an independent review of the file in this case and upon consideration of the Recommendation and defendant's objection, it is ORDERED that:

1. The Objection to Recommendation of the Magistrate Judge (Doc. # 34) is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #33) is ADOPTED;

3. The defendant's Motion to Suppress (Doc. #23) is DENIED.

DONE this 27th day of June, 2007.

　　　　　　　　　　　　　　　　　　/s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE