IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-CR-0256-WKW |
| | ) | |
| **RAMON CONTRERAS-RODRIGUEZ** | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned Motion as follows:

1. The sentencing hearing for Defendant ("Contreras") in this matter is currently set for June 29, 2007.

2. As part of the plea agreement in this case, Contreras has agreed to cooperate against other defendants indicted in this jurisdiction. In exchange, the United States has agreed to seek a downward departure for substantial assistance pursuant to U.S.S.G. 5K1.1. It is suspected that the cooperation from Contreras will take the form of trial testimony, at a minimum.

3. The persons against whom Contreras is to cooperate have a trial date of September 17, 2007. As such, Contreras' cooperation cannot be completed prior to the current date for sentencing, and the United States would not be in a position to file for the agreed-upon downward departure.

4. The undersigned AUSA and Contreras' attorney, Jay Lewis, Esq., have discussed the matter and have concluded that the best course of action is to depose Contreras so that his cooperation can be completed and he can be sentenced, even though it might be before the September trial date of the other defendants. However, the undersigned AUSA has been unable to arrange for a deposition with the attorney for the other parties at this time.

5. Accordingly, the United States respectfully requests the sentencing hearing in this matter be rescheduled to on or about July 13, 2007, so that the parties may arrange for and complete Contreras' deposition.

Respectfully submitted, this the 28th day of June, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/Todd A. Brown
TODD A. BROWN
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: todd.brown@usdoj.gov
ASB-1901-O64T

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) CR. NO. 3:06-CR-0256-WKW |
| | ) |
| **RAMON CONTRERAS-RODRIGUEZ** | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Jay Lewis, Esq.

        Respectfully submitted,

        s/Todd A. Brown
        TODD A. BROWN
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: todd.brown@usdoj.gov
        ASB-1901-O64T