IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06-cr-256-WKW |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

## **ORDER**

Upon consideration of the United States of America's Unopposed Motion to Continue Sentencing Hearing (Doc. # 56), it is ORDERED that the sentencing for Mr. Contreras-Rodriguez is CONTINUED from **June, 29, 2007, to September 26, 2007, at 10:30 a.m.**

Done this 29th day of June, 2007.

                                            /s/  W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE