IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | CR. NO. 3:06-CR-256-WKW |
| ) | |
| **RAMON CONTRERAS RODRIGUEZ,** ) | |
| **a/k/a Ricardo Mendoza Lira** ) | |

## UNITED STATES' NOTICE OF APPEARANCE

Comes now the undersigned Assistant United States Attorney for the Middle District of Alabama, Verne H. Speirs, and enters his notice of appearance on behalf of the United States, in the above-styled cause.

Respectfully submitted this the 20th day of September, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7138
        E-mail: verme.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | CR. NO. 3:06-CR-256-WKW |
| ) | |
| RAMON CONTRERAS RODRIGUEZ, ) | |
| a/k/a Ricardo Mendoza Lira ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jay Lewis, Esquire.

Respectfully submitted,
LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Verne H. Speirs
VERNE H. SPEIRS
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7138
E-mail: verme.speirs@usdoj.gov