**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.              ) | **CASE NO. 3:06-cr-256-WKW** |
| ) | |
| **RAMON CONTRERAS-RODRIGUEZ**  ) | |

## ORDER CONTINUING SENTENCING

In a telephone status conference held this date, the government's attorney moved for a continuance of sentencing set for this morning on the basis of the defendant having not completed his cooperation as agreed in the plea agreement. Counsel for defendant objected to a continuance, asserting that it is the government's fault that the co-defendants have not been brought to trial and that Mr. Contreras should not be penalized for the impossibility of his testifying on behalf of the government in the other cases. At issue is Mr. Contreras's entitlement (or not) to a guideline reduction for substantial assistance.

Over the objection of the defendant, the sentencing of Mr. Contreras is continued to **October 10, 2007 at 2:00 p.m.**, subject to the availability of an interpreter. The government shall file a written motion detailing the circumstances of this and the companion cases, and its view of the law of the matter. The defendant shall have seven days from the date of the filing of the government's motion to file a written response and supporting law. The parties are directed to their representation in paragraph 4 of document number 56 wherein the deposition of Mr. Contreras was suggested.

DONE this 26th day of September, 2007.

                                        /s/   W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE