IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-256-WKW |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

UNITED STATES' MOTION SUMMARIZING CASE STATUS

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully responds to this Honorable Court's Order of September 26, 2007 (Doc. 59) as follows:

On or about February 8, 2007, the defendant entered a plea of guilty (pursuant to a written plea agreement) to the one-count Indictment charging him with a violation of Title 18, United States Code, Section 922(g)(5) - an alien in knowing possession of a firearm.

The terms of the agreement, in pertinent part, call for the government to move at sentencing for a downward departure pursuant to U.S.S.G 5K1.1 for defendant's "substantial assistance." The plea agreement specifically calls for defendant's truthful testimony at the trial of Octavio Patino and Rhonda Baird.

The defendant was scheduled to be sentenced on September 2, 2007.  The government orally moved for continuance of the matter to allow the defendant an opportunity to complete his cooperation agreement and receive his substantial assistance reduction.  The defendant objected to government's motion to continue.  Patino and Baird are set for trial on December 10, 2007.

The government was ordered to file the instant motion detailing the circumstances of the cases and pertinent law.

Based on representations made during recent negotiations between the parties, and conditioned upon defendant's express agreement, the parties agree that sentencing should take place on October 10, 2007.  At sentencing, the government will move for a reduction of one (1) point for acceptance of responsibility.  The parties agree that the defendant will not testify at the trial of Patino

and Baird and therefore will not be eligible for any reduction in sentence for "substantial assistance."

For the reasons set forth above, the United States respectfully requests that this Court affirm sentencing in the above-styled case as set on October 10, 2007.  Finally, the United States respectfully requests that this Honorable Court order as moot the requirements of Document 59 directing the parties file any further motions or responses as to the plea agreement in this case.

Respectfully submitted this the 28th day of September, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Verne Speirs
VERNE SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
Verne.speirs@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 3:06-CR-256-WKW |
| | ) | |
| RAMON CONTRERAS-RODRIGUEZ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jay Lewis.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Verne Speirs
VERNE SPEIRS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
Verne.speirs@usdoj.gov