IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Criminal Case No. 3:06-cr-256-WKW** |
| | ) | |
| **RAMON CONTRERAS-RODRIGUEZ** | ) | |

### MOTION TO PRODUCE DEFENDANT FOR CONSULTATION

COMES NOW Defendant, by and through his attorney of record, and prays that the Court will order the United States Marshal to procure and produce Defendant by no later than 1:30 p.m. on October 10, 2007, so that he may consult with his attorney either in the Marshal's lockup or in the courtroom, location of the consultation to be at the Marshal's pleasure.

RESPECTFULLY SUBMITTED, this __8th__ day of October, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _8th_ day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Verne Speirs
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                            /s/ JAY LEWIS
                                            Law Offices of Jay Lewis, L.L.C.
                                            P.O. Box 5059
                                            Montgomery, Alabama 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            J-Lewis@JayLewisLaw.com
                                            ASB-2014-E66J
                                            Attorney for Defendant