IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:06-cr-0256-WKW |
| ) | |
| RAMON CONTRERAS-RODRIGUEZ ) | |

<u>ORDER</u>

This cause is before the court on the Government's Motion Summarizing Case Status. (Doc. # 60.) It is the understanding of the court that the defendant will not be testifying on behalf of the government in another trial and therefore will not be eligible for any reduction in sentence for "substantial assistance." The defendant did not file a written response. The government's request to affirm the date of sentencing as scheduled for October 10, 2007 is GRANTED. To the extent the previous order of the court (Doc. # 59) required the parties to file any further motions or responses as to the plea agreement in this case, they are hereby STRICKEN as MOOT.

DONE this 9th day of October, 2007.

                                               /s/  W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE