IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:06-cr-0256-WKW |
| ) | |
| RAMON CONTRERAS-RODRIGUEZ ) | |

## ORDER

This cause is before the court on the defendant's Motion to Produce Defendant for Consultation by no later than 1:30 p.m. on October 10, 2007, so that he may consult with his attorney. (Doc. # 61.) The motion is GRANTED.

DONE this 9th day of October, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE