**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

RECEIVED

2007 OCT 11  P 4:33

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| **RAMON CONTRERAS RODRIGUEZ** | ) |

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

**Criminal Case No. 3:06-cr-256-WKW**

### NOTICE OF APPEAL

NOTICE is hereby given that Defendant Ramon Contreras-Rodriguez, by and through his attorney of record, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and, more particularly, from the Recommendation of the Magistrate Judge of January 8, 2007 (Doc. 33), and the Order adopting the Recommendation of the Magistrate Judge of June 27, 2007 (Doc. 55). Pursuant to 18 U.S.C. § 3006A(d)(7), Defendant is entitled to proceed with this appeal without prepayment of fees and costs or security therefore and without filing an affidavit. This Notice of Appeal is timely filed, having been filed within ten days of Defendant's sentencing proceeding.

RESPECTFULLY SUBMITTED, this __11ᵗʰ__ day of October, 2007.

/s/ JAY LEWIS

Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the _11th_ day of October, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ JAY LEWIS
Jay Lewis
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant