UNITED STATES DISTRICT COURT

DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

June 09, 2008

TELEPHONE
(334) 954-3610

Mr. Thomas K. Kahn, Clerk
USCA, Eleventh Circuit
56 Forsyth Street,  NW
Atlanta, GA   30303

USDC No **CR-06-W-256-E**

USCA No. **07-14853-C**

In Re: **USA VS. RAMON CONTRERAS RODRIGUEZ**

_____

AMENDED  CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c) the Clerk of the District Court for the Middle District of Alabama hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal.  The record (including the transcript(s) or parts thereof designated for inclusion and all necessary exhibits) consists of:

 **1**  Volume(s) of Pleadings

 **3**  Volume(s) of Transcripts

 **Exhibits** : ___ Box:___Binders: ___Envelopes;

 ___ Other: **X**  SEAL Envelope (s) :  **1**  PSI(s)

 ____Other:

Please acknowledge receipt on the enclosed copy of this letter.
Sincerely,

DEBRA P. HACKETT, Clerk

By: **Yolanda Williams**

cc**: JAY (JOSEPH) BRADY LEWIS**
    **LEURA GARRETT CANARY**
     **JOHN T. HARON**
     **TODD A. BROWN**
      **VERNE H. SPEIRS**

APPEAL, CLOSED, INTERPRETER

# U.S. District Court
# Alabama Middle District (Opelika)
## CRIMINAL DOCKET FOR CASE #: 3:06-cr-00256-WKW-CSC-1
### Internal Use Only

Case title: USA v. Rodriguez et al (Interpreter)
Magistrate judge case number: 3:06-mj-00100-VPM

Date Filed: 11/16/2006
Date Terminated: 10/11/2007

Assigned to: Honorable William Keith Watkins
Referred to: Honorable Charles S. Coody

Appeals court case number: '07-14853-C' 'USCA'

### Defendant (1)

**Ramon Contreras Rodriguez**
*TERMINATED: 10/11/2007*
also known as
Ricardo Mendoza Lira
*TERMINATED: 10/11/2007*

represented by **Joseph (Jay) Brady Lewis**
Law Offices of Jay Lewis, LLC
PO Box 5059
Montgomery, AL 36103-5059
334-263-7733
Fax: 334-832-4390
Email: j-lewis@jaylewislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

18:922(g)(5) UNLAWFUL
TRANSPORT OF FIREARMS - NMT
$250,000; {*}; NMT 10Y; B; NMT 3Y
SUP REL; G-LINES; VWPA; $100 SA
(FORFEITURE ALLEGATION)
(1)

### Disposition

12 Mos Imp; 3 Yrs Sup Rel; $100 SA

### Highest Offense Level (Opening)

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:922G.F-UNLAWFUL
TRANSPORT OF FIREARMS, etc.

**Disposition**

---

**Plaintiff**

USA                    represented by    **John Thomas Harmon**
                                          PO Box 186
                                          Pine Apple, AL 36768
                                          (334) 301-1310
                                          Email: john.harmon@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Todd A. Brown**
                                          U.S. Attorney's Office
                                          PO Box 197
                                          Montgomery, AL 36101-0197
                                          334-223-7280
                                          Fax: 223-7560
                                          Email: todd.brown@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Tommie Brown Hardwick**
                                          U.S. Attorney's Office
                                          PO Box 197
                                          Montgomery, AL 36101-0197
                                          334-223-7280
                                          Fax: 334-223-7135
                                          Email: tommie.hardwick@usdoj.gov
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*

                                          **Verne H. Speirs**
                                          U.S. Attorney's Office
                                          PO Box 197
                                          Montgomery, AL 36101-0197

334-223-7280  
Fax: 223-7560  
Email: verne.speirs@usdoj.gov  
*ATTORNEY TO BE NOTICED*

**BEGIN VOL. 1**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2006 | 1 | COMPLAINT as to Ramon Contreras Rodriguez (1). (war, ) [3:06-mj-00100-VPM] (Entered: 10/13/2006) |
| 10/12/2006 | 2 | *SEALED* WARRANT Issued as to Ramon Contreras Rodriguez. (war, ) [3:06-mj-00100-VPM] (Entered: 10/13/2006) |
| 10/12/2006 |  | (Court only) ***Set Interpreter Flag as to Ramon Contreras Rodriguez (ajr, ) (Entered: 12/11/2006) |
| 10/13/2006 |  | Arrest of Ramon Contreras Rodriguez (war, ) [3:06-mj-00100-VPM] (Entered: 10/13/2006) |
| 10/16/2006 | 3 | NOTICE OF ATTORNEY APPEARANCE: Jay Lewis appearing for Ramon Contreras Rodriguez (Lewis, Jay) [3:06-mj-00100-VPM] (Entered: 10/16/2006) |
| 10/16/2006 | 5 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Initial Appearance as to Ramon Contreras Rodriguez held on 10/16/2006 (Recording Time FTR: 2:59 - 3:10.) (war, ) [3:06-mj-00100-VPM] (Entered: 10/17/2006) |
| 10/16/2006 | 6 | CJA 23 Financial Affidavit by Ramon Contreras Rodriguez (war, ) [3:06-mj-00100-VPM] (Entered: 10/17/2006) |
| 10/16/2006 |  | ORAL MOTION to Appoint Counsel by Ramon Contreras Rodriguez. (war, ) [3:06-mj-00100-VPM] (Entered: 10/17/2006) |
| 10/16/2006 |  | ORDER (ORAL) granting Oral Motion to Appoint Counsel: Appointed Jay Lewis for Ramon Contreras Rodriguez (1). Signed by Judge Vanzetta P. McPherson on 10/16/06. (war, ) [3:06-mj-00100-VPM] (Entered: 10/17/2006) |
| 10/16/2006 | 7 | *SEALED* CJA 20 as to Ramon Contreras Rodriguez: Appointment of Attorney Jay Lewis for Ramon Contreras Rodriguez . Signed by Judge Vanzetta P. McPherson on 10/16/06. (war, ) [3:06-mj-00100-VPM] (Entered: 10/17/2006) |
| 10/17/2006 | 4 | First MOTION Funds to Employ Interpreter by Ramon Contreras Rodriguez. (Lewis, Jay) [3:06-mj-00100-VPM] (Entered: 10/17/2006) |
| 10/19/2006 | 8 | ORDER as to Ramon Contreras Rodriguez Preliminary Examination set for 10/26/2006 10:00 AM in Courtroom 5A before Honorable Vanzetta P. McPherson. The Clerk shall provide an Interpreter for these proceedings. Signed by Judge Vanzetta P. McPherson on 10/19/06. (war, ) [3:06-mj-00100-VPM] (Entered: 10/19/2006) |

**CONT. VOL. 1**

| Date | Doc # | Description |
|---|---|---|
| 10/26/2006 | 9 | Minute Entry for proceedings held before Judge Vanzetta P. McPherson :Preliminary Examination as to Ramon Contreras Rodriguez held on 10/26/2006 (Recording Time FTR: 10:08 - 10:55.) (Attachments: # 1 Witness List) (war, ) [3:06-mj-00100-VPM] (Entered: 10/26/2006) |
| 10/27/2006 | 10 | ORDER that the defendant be bound over to the grand jury for further action as to Ramon Contreras Rodriguez . Signed by Judge Vanzetta P. McPherson on 10/27/06. (war, ) [3:06-mj-00100-VPM] (Entered: 10/27/2006) |
| 10/30/2006 | 11 | Arrest Warrant Returned Executed in case as to Ramon Contreras Rodriguez. Defendant arrested on 10/12/06. (war, ) [3:06-mj-00100-VPM] (Entered: 10/31/2006) |
| 11/08/2006 | 12 | ORDER granting 4 Motion for Prior Approval for Funds for an Interpreter as to Ramon Contreras Rodriguez (1); Compensation to be paid to an interpreter for services rendered shall not exceed $1,600.00, exclusive of reimbursement for expenses reasonably incurred; DIRECTING counsel to coordinate with the Deputy Clerk to the extent possible use the services of the interpreter at the same time as the interpreter is employed by the court for other services. Signed by Judge Charles S. Coody on 11/8/06. (war, ) [3:06-mj-00100-VPM] (Entered: 11/08/2006) |
| 11/16/2006 | 13 | *SEALED* INDICTMENT as to Ramon Contreras Rodriguez (1) count(s) 1, Nadia Torrez (2) count(s) 1. (jct, ) (Entered: 11/17/2006) |
| 11/16/2006 | 14 | *SEALED* Limits of Punishment as to Ramon Contreras Rodriguez, Nadia Torrez: (jct, ) (Entered: 11/17/2006) |
| 11/17/2006 | 15 | ORDER to Produce Prisoner for Arraignment as to Ramon Contreras Rodriguez Arraignment set for 11/29/2006 10:00 AM in Courtroom 4A before Honorable Delores R. Boyd. Signed by Judge Charles S. Coody on 11/17/06. (jct, ) (Entered: 11/17/2006) |
| 11/17/2006 | | *SEALED* (Court only) ***Clear Interpreter flag as to Ramon Contreras Rodriguez, Nadia Torrez (two set in error) (ajr, ) (Entered: 11/22/2006) |
| 11/20/2006 | 17 | NOTICE of Correction re 15 Order to Produce Prisoner for Arraignment (Attachments: # 1 Corrected Order to Produce)(jct, ) (Entered: 11/20/2006) |
| 11/21/2006 | 18 | MOTION to Substitute Attorney *for Arraignment* by Ramon Contreras Rodriguez. (Lewis, Jay) (Entered: 11/21/2006) |
| 11/22/2006 | 19 | NOTICE OF HEARING as to Ramon Contreras Rodriguez Arraignment RESCHEDULED from 11/29/06 for 11/27/2006 11:00 AM in Courtroom 4B before Honorable Delores R. Boyd. (snc) (Entered: 11/22/2006) |
| 11/22/2006 | 20 | ORDER as to Ramon Contreras Rodriguez (1)denying as moot 18 Motion to Substitute Attorney . Signed by Judge Charles S. Coody on 11/22/06. (ajr, ) (Entered: 11/22/2006) |
| 11/27/2006 | 21 | Minute Entry for proceedings held before Judge Delores R. Boyd :Arraignment as to Ramon Contreras Rodriguez (1) Count 1 held on 11/27/2006, Plea entered by Ramon Contreras Rodriguez (1) Count 1. by |

| | | |
|---|---|---|
| | | Ramon Contreras Rodriguez Not Guilty on counts 1. (Recording Time 11:13 - 11:22 am.) (sql, ) (Entered: 11/28/2006) |
| 11/28/2006 | 22 | ORDER ON ARRAIGNMENT as to Ramon Contreras Rodriguez : Pretrial Conference set for 12/15/2006 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Selection set for 1/8/2007 before Honorable William Keith Watkins. Jury Trial set for 1/8/2007 before Honorable William Keith Watkins. Pretrial Motions due by 12/13/2006. Discovery by the government due by 11/29/2006. Disclosures by the defendant due 12/6/06. Signed by Judge Charles S. Coody on 11/28/06. (ws, ) (Entered: 11/28/2006) |
| 12/05/2006 | 23 | First MOTION to Suppress by Ramon Contreras Rodriguez. (Lewis, Jay) (Entered: 12/05/2006) |
| 12/06/2006 | 24 | ORDER as to Ramon Contreras Rodriguez re 23 First MOTION to Suppress filed by Ramon Contreras Rodriguez; that on or before 12/13/06 the government shall file a response to the motion to suppress with attached copies of the search warrant application, warrant and affidavit. Responses due by 12/13/2006. Signed by Judge Charles S. Coody on 12/6/06. (ajr, ) (Entered: 12/06/2006) |
| 12/13/2006 | 25 | BRIEF/RESPONSE in Opposition by USA as to Ramon Contreras Rodriguez re 23 First MOTION to Suppress (Attachments: # 1 Exhibit Numbers 1-7)(Brown, Todd) (Entered: 12/13/2006) |
| 12/14/2006 | 26 | REPLY TO RESPONSE to Motion by Ramon Contreras Rodriguez re 23 First MOTION to Suppress (Lewis, Jay) (Entered: 12/14/2006) |
| 12/15/2006 | 27 | First MOTION to Continue trial by Ramon Contreras Rodriguez. (Lewis, Jay) (Entered: 12/15/2006) |
| 12/15/2006 | 28 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Ramon Contreras Rodriguez held on 12/15/2006 (Recording Time FTR: 1:38 - 1:48.) (ws, ) (Entered: 12/19/2006) |
| 12/19/2006 | 29 | PRETRIAL CONFERENCE ORDER as to Ramon Contreras Rodriguez; Jury Selection set for 1/8/2007 before Honorable William Keith Watkins. Jury Trial (ETT 1 day) set for 1/8/2007 before Honorable William Keith Watkins. Voir Dire due by 12/28/2006; Proposed Jury Instructions due by 12/28/2006; Motions in Limine due by 12/28/2006; Notice of Intent to Change Plea due by noon on 12/27/2006. Signed by Judge Charles S. Coody on 12/19/06. (ajr, ) (Entered: 12/19/2006) |
| 12/20/2006 | 30 | ORDER as to Ramon Contreras Rodriguez re 27 First MOTION to Continue trial; government's response due by 12/27/2006. Signed by Judge William Keith Watkins on 12/20/06. (ajr, ) (Entered: 12/20/2006) |
| 12/22/2006 | 31 | RESPONSE TO ORDER TO SHOW CAUSE by USA as to Ramon Contreras Rodriguez (Brown, Todd) (Entered: 12/22/2006) |
| 12/28/2006 | 32 | ORDER TO CONTINUE - Ends of Justice as to Ramon Contreras Rodriguez; granting 27 First MOTION to Continue trial; Jury Trial set for 1/8/07 is |

| | | |
|---|---|---|
| | | RESET for 4/23/2007 before Honorable William Keith Watkin; that the Magistrate Judge shall conduct a pretrial conference prior to the 4/23/07 trial term and enter a pretrial conference order. Signed by Judge William Keith Watkins on 12/28/06. (ajr, ) (Entered: 12/28/2006) |
| 01/05/2007 | | Terminated 1/8/07 trial deadlines as to Ramon Contreras Rodriguez: trial continued to 4/23/07. (ajr, ) (Entered: 01/05/2007) |
| 01/08/2007 | 33 | REPORT AND RECOMMENDATION as to Ramon Contreras Rodriguez re 23 First MOTION to Suppress; that defendant's motion to suppress be denied; Objections to R&R due by 1/21/2007. Signed by Judge Charles S. Coody on 1/8/07. (ajr, ) (Entered: 01/08/2007) |
| 01/08/2007 | 34 | OBJECTION TO REPORT AND RECOMMENDATIONS 33 by Ramon Contreras Rodriguez (Lewis, Jay) (Entered: 01/08/2007) |
| 01/12/2007 | 35 | ORDER as to Ramon Contreras Rodriguez that based upon this court's order setting the trial in the above-styled case on the trial term commencing on April 23, 2007, and for good cause, it is ORDERED that a final pretrial conference be and is hereby set for February 20, 2007 at 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. All applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended. Signed by Judge Charles S. Coody on 1/12/07. (kcg, ) (Entered: 01/12/2007) |
| 01/18/2007 | 36 | MOTION for Release from Custody *to agents* by USA as to Ramon Contreras Rodriguez. (Attachments: # 1 Text of Proposed Order)(Brown, Todd) (Entered: 01/18/2007) |
| 01/18/2007 | 37 | ORDER granting 36 Motion for Release from Custody as to Ramon Contreras Rodriguez (1); directing the USMS to release the defendant to agents as outlined in order and directing the agents to return the prisoner into the custody of the USMS when they have finished with him; Signed by Judge Charles S. Coody on 1/18/07. (ajr, ) (Entered: 01/18/2007) |
| 01/26/2007 | 38 | Pro Se MOTION to Appoint New Counsel by Ramon Contreras Rodriguez. (ajr, ) (Entered: 01/26/2007) |
| 01/29/2007 | 39 | *SEALED* CJA 21 as to Ramon Contreras Rodriguez: Appointment of Beverly Childress as Expert . Signed by Judge Charles S. Coody on 1/8/06. (ws, ) (Entered: 01/29/2007) |
| 02/02/2007 | 40 | ORDER as to Ramon Contreras Rodriguez re 38 MOTION to Appoint Counsel; Motion Hearing set for 2/8/2007 09:30 AM in Courtroom 4B before Honorable Charles S. Coody; directing the Clerk to provide an interpreter for this proceeding; Signed by Judge Charles S. Coody on 2/2/07. (ajr, ) (Entered: 02/02/2007) |
| 02/04/2007 | 41 | NOTICE OF INTENT TO CHANGE PLEA by Ramon Contreras Rodriguez (Lewis, Jay) (Entered: 02/04/2007) |

CONT. VOL. 1

| 02/05/2007 | 42 | ORDER as to Ramon Contreras Rodriguez setting Change of Plea Hearing for 2/8/2007 09:30 AM in Courtroom 4B before Honorable Charles S. Coody; directing the Clerk to provide a court reporter and an interpreter for this proceding; Signed by Judge Charles S. Coody on 2/5/07. (ajr, ) (Entered: 02/05/2007) |
| --- | --- | --- |
| 02/07/2007 | 43 | ORDER as to Ramon Contreras Rodriguez - Change of Plea Hearing and Motion Hearing set for 2/8/2007 09:30 AM in Courtroom 4B before Honorable Charles S. Coody is RESET for 2/8/2007 09:30 AM in Courtroom 5B before Honorable Susan Russ Walker; directing the Clerk to provide a court reporter and an interpreter for this proceeding; Signed by Judge Charles S. Coody on 2/7/07. (ajr, ) Modified on 2/7/2007 to add text (ajr, ). (Entered: 02/07/2007) |
| 02/08/2007 | 44 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Ramon Contreras Rodriguez (jct, ) (Entered: 02/08/2007) |
| 02/08/2007 | 45 | PLEA AGREEMENT as to Ramon Contreras Rodriguez (jct, ) (Entered: 02/08/2007) |
| 02/08/2007 |  | ORAL ORDER accepting guilty plea and adjudicating defendant guilty as to Count 1 of the Indictment as to Ramon Contreras Rodriguez . Signed by Judge Susan Russ Walker on 2/8/07. (jct, ) (Entered: 02/08/2007) |
| 02/08/2007 | 46 | Minute Entry for proceedings held before Judge Susan Russ Walker :Change of Plea Hearing as to Ramon Contreras Rodriguez held on 2/8/2007. Motion Hearing as to Ramon Contreras Rodriguez held on 2/8/2007 re 38 MOTION to Appoint New Counsel filed by Ramon Contreras Rodriguez.Plea entered by Ramon Contreras Rodriguez (1) Guilty Count 1. (Court Reporter Risa Entrekin.) (jct, ) (Entered: 02/08/2007) |
| 02/08/2007 | 47 | NOTICE , *Joint, Regarding Conditional Nature of Guilty Plea* by Ramon Contreras Rodriguez, USA as to Ramon Contreras Rodriguez (Lewis, Jay) (Entered: 02/08/2007) |
| 02/08/2007 |  | Terminate Deadlines and Hearings as to Ramon Contreras Rodriguez: (ws, ) (Entered: 02/12/2007) |
| 02/09/2007 | 48 | ORDER denying as moot 38 Motion to Appoint Counsel as to Ramon Contreras Rodriguez (1). Signed by Judge Susan Russ Walker on 2/9/07. (ajr, ) (Entered: 02/09/2007) |
| 02/12/2007 | 49 | ORDER as to Ramon Contreras Rodriguez setting Sentencing for 5/8/2007 10:00 AM in Courtroom 2E before Honorable William Keith Watkins; directing counsel to communicate in writing to the PO any objections to the PSR by 4/16/07, directing parties to be available for a conference with the PO on 4/18/07 at 10:00 a.m. as further outlined in order and directing that any motions for downward departure be filed before the conference. Signed by Judge William Keith Watkins on 2/12/07. (ajr, ) (Entered: 02/12/2007) |
| 03/08/2007 | 50 | ORDER overruling 34 objection to 33 Report and Recommendation; rejecting as moot 33 Report and Recommendation as to Ramon Contreras Rodriguez |

| | | |
|---|---|---|
| | | (1); denying as moot 23 Motion to Suppress as to Ramon Contreras Rodriguez (1). Signed by Judge William Keith Watkins on 3/8/07. (ajr, ) Modified on 3/8/2007 (ajr, ). Modified on 3/8/2007 to correct text to show order not vacated (ajr, ). (Entered: 03/08/2007) |
| 03/08/2007 | 51 | ORDER vacating the court's previous order 50 as to Ramon Contreras Rodriguez . Signed by Judge William Keith Watkins on 3/8/07. (ajr, ) (Entered: 03/08/2007) |
| 03/08/2007 | | (Court only) ***Reopen Documents as to Ramon Contreras Rodriguez re 23 MOTION to Suppress, 33 REPORT AND RECOMMENDATION as to Ramon Contreras Rodriguez pursuant to order of 3/8/07 51 . (ajr, ) (Entered: 03/08/2007) |
| 04/19/2007 | 52 | ORDER as to Ramon Contreras Rodriguez; Sentencing set for 5/8/07 is RESET for 5/31/2007 10:30 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 4/19/07. (ajr, ) (Entered: 04/19/2007) |
| 05/09/2007 | 53 | ORDER as to Ramon Contreras Rodriguez; Sentencing set for 5/31/07 is CONTINUTED to 6/15/2007 02:00 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 5/9/07. (ajr, ) (Entered: 05/09/2007) |
| 06/14/2007 | 54 | ORDER as to Ramon Contreras Rodriguez: Sentencing presently set for 6/15/07 is CONTINUED to 6/29/2007 at 11:15 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 6/14/07. (ws) (Entered: 06/14/2007) |
| 06/27/2007 | 55 | ORDER ADOPTING 33 REPORT AND RECOMMENDATION as to Ramon Contreras Rodriguez; OVERRULING 34 Objection to Recommendation; DENYING 23 Motion to Suppress.(ajr, ) (Entered: 06/27/2007) |
| 06/28/2007 | 56 | MOTION to Continue *Sentencing Hearing* by USA as to Ramon Contreras Rodriguez. (Brown, Todd) (Entered: 06/28/2007) |
| 06/29/2007 | 57 | ORDER as to Ramon Contreras Rodriguez granting 56 MOTION to Continue Sentencing; Sentencing set for 6/29/07 is CONTINUED to 9/26/2007 10:30 AM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 6/29/07. (ajr, ) (Entered: 06/29/2007) |
| 09/20/2007 | 58 | NOTICE OF ATTORNEY APPEARANCE Verne H. Speirs appearing for USA. (Speirs, Verne) (Entered: 09/20/2007) |
| 09/26/2007 | 59 | ORDER as to Ramon Contreras Rodriguez; CONTINUING Sentencing on 10/10/2007 02:00 PM in Courtroom 2E before Honorable William Keith Watkins. Signed by Judge William Keith Watkins on 9/26/07. (ajr, ) (Entered: 09/26/2007) |
| 09/28/2007 | 60 | MOTION re 59 Order, Set Hearings *United States Motion Summarizing Case Status* by USA as to Ramon Contreras Rodriguez. (Speirs, Verne) (Entered: |

| | | |
|---|---|---|
| | | 09/28/2007) |
| 10/08/2007 | 61 | MOTION to Produce Defendant Early for Sentencing by Ramon Contreras Rodriguez. (Lewis, Jay) (Entered: 10/08/2007) |
| 10/09/2007 | 62 | ORDER that this cause is before the court on the Government's 60 Motion Summarizing Case Status as to Ramon Contreras Rodriguez (1). It is the understanding of the court that the defendant will not be testifying on behalf of the government in another trial and therefore will not be eligible for any reduction in sentence for "substantial assistance." The defendant did not file a written response. The government's request to affirm the date of sentencing as scheduled for October 10, 2007 is GRANTED. To the extent the previous order of the court (Doc. #59) required the parties to file any further motions or responses as to the plea agreement in this case, they are hereby STRICKEN as MOOT. Signed by Judge William Keith Watkins on 10/9/07. (kcg, ) (Entered: 10/09/2007) |
| 10/09/2007 | 63 | ORDER granting 61 Motion to Produce Defendant for Consultation by no later than 1:30 p.m. on October 10, 2007, as to Ramon Contreras Rodriguez (1). Signed by Judge William Keith Watkins on 10/9/07. (kcg, ) (Entered: 10/09/2007) |
| 10/10/2007 | 64 | MOTION for Forfeiture of Property *(Motion for Preliminary Order of Forfeiture)* by USA as to Ramon Contreras Rodriguez. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 10/10/2007) |
| 10/10/2007 | 65 | Minute Entry for proceedings held before Judge William Keith Watkins :Sentencing held on 10/10/2007 as to Ramon Contreras Rodriguez. (PDF available for court use only) (Court Reporter Risa Entrekin.) (kcg, ) (Entered: 10/10/2007) |
| 10/10/2007 | | ORAL MOTION for Third Point Reduction for Acceptance of Responsibility by USA as to Ramon Contreras Rodriguez. (kcg, ) (Entered: 10/10/2007) |
| 10/10/2007 | | ORAL ORDER as to Ramon Contreras Rodriguez GRANTING ORAL MOTION for Third Point Reduction for Acceptance of Responsibility filed by USA. Signed by Judge William Keith Watkins on 10/10/07. (kcg, ) (Entered: 10/10/2007) |
| 10/11/2007 | 67 | JUDGMENT as to Ramon Contreras Rodriguez (1), Count(s) 1, 12 Mos Imp; 3 Yrs Sup Rel; $100 SA. Signed by Judge William Keith Watkins on 10/11/07. (kcg, ) (Entered: 10/12/2007) |
| 10/11/2007 | | (Court only) ***Case Terminated as to Ramon Contreras Rodriguez (kcg, ) (Entered: 10/12/2007) |
| 10/11/2007 | 68 | NOTICE OF APPEAL by Ramon Contreras Rodriguez to the United States Court of Appeals for the Eleventh Circuit from the 67 Judgment, entered on 10/11/07. Copies mailed (ydw, ) (Entered: 10/16/2007) |
| 10/12/2007 | 66 | ORDER DIRECTING FORFEITURE OF PROPERTY (firearms) as to Ramon Contreras Rodriguez; granting 64 MOTION for Forfeiture of Property |

**CONT. VOL. 1**

| Date | Doc # | Entry |
|---|---|---|
| | | as further set out in order and directing the Clerk to forward two certified copies of this order to the USA's office. Signed by Judge William Keith Watkins on 10/12/07. (ajr, ) (Entered: 10/12/2007) |
| 10/16/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and 67 JUDGMENT as to Ramon Contreras Rodriguez to US Court of Appeals re 68 Notice of Appeal - Final Judgment (ydw, ) (Entered: 10/16/2007) |
| 10/24/2007 | 71 | USCA Case Number as to Ramon Contreras Rodriguez 07-14853-C for 68 Notice of Appeal - Final Judgment filed by Ramon Contreras Rodriguez. (ydw, ) (Entered: 11/08/2007) |
| 10/30/2007 | 69 | TRANSCRIPT REQUEST by Ramon Contreras Rodriguez for proceedings held on 2/8/2007; 10/10/2007 before Judge Coody; Watkins, re Transmission of Notice of Appeal and Docket Sheet to USCA, 68 Notice of Appeal - Final Judgment (Clements, Fred) Additional attachment(s) added on 10/31/2007 (ydw, ). (Entered: 10/30/2007) |
| 10/30/2007 | 70 | AMENDED TRANSCRIPT REQUEST by Ramon Contreras Rodriguez for proceedings held on 12/15/06, 2/08/07, 10/10/07 before Judge Coody, Walker, Watkins, re 69 Transcript Request - Appeal, 68 Notice of Appeal - Final Judgment (Clements, Fred) Additional attachment(s) added on 10/31/2007 (ydw, ). (Entered: 10/30/2007) |
| 01/07/2008 | 72 | ORDER of USCA (certified copy) as to Ramon Contreras Rodriguez re 68 Notice of Appeal - Final Judgment 11th Circuit Appeal No. 07-14853-C: Court Reporter Risa L. Entrekin's request for an extension of time until March 31, 2008, to complete and file transcripts is GRANTED. (dmn) (Entered: 01/09/2008) |
| 03/11/2008 | 73 | VOLUME 2 TRANSCRIPT OF PRETRIAL CONFERENCE proceedings (PDF available for court use only) filed as to Ramon Contreras Rodriguez for dates of 12/15/2006 before Judge Charles S. Coody, re 68 Notice of Appeal - Final Judgment. Court Reporter: Risa L. Entrekin. (dmn) (Entered: 03/12/2008) |
| 03/11/2008 | 74 | VOLUME 3 TRANSCRIPT OF SENTENCING HEARING proceedings (PDF available for court use only) filed as to Ramon Contreras Rodriguez for dates of 10/10/2007 before Judge W. Keith Watkins, re 68 Notice of Appeal - Final Judgment. Court Reporter: Risa L. Entrekin. (dmn) [Modified on 3/17/2008 due to docketing error to reflect that the Sentencing Hearing date is 10/10/2007 not 12/10/2007 as originally docketed.-DMN] (Entered: 03/12/2008) |
| 03/11/2008 | 75 | VOLUME 4 TRANSCRIPT OF MOTION HEARING - CHANGE OF PLEA proceedings (PDF available for court use only) filed as to Ramon Contreras Rodriguez for dates of 2/8/2007 before Judge Susan Russ Walker, re 68 Notice of Appeal - Final Judgment. Court Reporter: Risa L. Entrekin. (dmn) (Entered: 03/12/2008) |
| 03/17/2008 | 76 | CJA 24 as to Ramon Contreras Rodriguez: Authorization to Pay Risa Entrekin $ 118.80 for MOTION TO SUPRESS and CHANGE OF PLEA Transcript. Signed by Judge William Keith Watkins on 03/17/08. (ydw, ) (Entered: |

CONT. VOL. 1

| | | | |
|---|---|---|---|
| | | | 03/18/2008) |
| 03/25/2008 | | 77 | MOTION to Substitute Attorney by USA as to Ramon Contreras Rodriguez. (Hardwick, Tommie) (Entered: 03/25/2008) |
| 03/26/2008 | | 78 | ORDER granting in part and denying in part 77 Motion to Substitute Attorney; granted as to the request of Tommie Hardwick's appearance as counsel; denying as to the request that John Harmon be permitted to withdraw as counsel of record as to Ramon Contreras Rodriguez (1). Signed by Judge Charles S. Coody on 3/26/2008. (sql, ) (Entered: 03/26/2008) |

END VOL. 1