

| | |
|---|---|
| **Mary Marshall/CA11/11/USCOURTS**<br>05/29/2008 01:24 PM | To   Yolanda Williams/ALMD/11/USCOURTS@USCOURTS<br>cc   Eleanor Dixon/CA11/11/USCOURTS@USCOURTS<br>bcc<br>Subject   07-14853-CC (DC: 3:06-00256 CR W E) |

CA11# 07-14853-CC
USA v. Ramon Contreras Rodriguez
MAL: 3:06-00256 CR W E
---------------------------------------

ROA/COR request
This one is not under the Pilot Program.

Thanks